UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAZARO BUSTOS ABARCA,<br><br>　　　　Petitioner,<br><br>v.<br><br>PAT L. VASQUEZ,<br><br>　　　　Respondent. | 1:04-cv-06562-OWW-DLB-HC<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATION** (Doc. 12)<br><br>**ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS**<br><br>**ORDER DIRECTING CLERK TO ENTER JUDGMENT** |

　　　Petitioner is a state prisoner proceeding pro se with a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.

　　　On December 9, 2005, the Magistrate Judge filed Findings and Recommendation that the Petition for Writ of Habeas Corpus be DENIED. These Findings and Recommendation were served on all parties and contained notice that any objections were to be filed within thirty (30) days from the date of service of that order. To date, the parties have not filed timely objections to the Findings and Recommendation.

　　　In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court concludes that

the Magistrate Judge's Findings and Recommendation are supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation, filed December 9, 2005, are ADOPTED IN FULL;

2. The Petition for Writ of Habeas Corpus is DENIED; and,

3. The Clerk of Court enter judgment.

IT IS SO ORDERED.

**Dated:   February 16, 2006**                    **/s/ Oliver W. Wanger**
emm0d6                                             UNITED STATES DISTRICT JUDGE